UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARIA ARACELI ROMERO (1),<br>ANDRES CHRISTOPHER GARCIA (2),<br>ARON ANTHONY ARIAS (3),<br><br>　　　　Defendants. | Criminal Case: 3:21-CR-01217-JLS<br><br>**ORDER CONTINUING MOTION<br>HEARING/TRIAL SETTING** |

　　The United States of America and defendants MARIA ARACELI ROMERO, ANDRES CHRISTOPHER GARCIA, and ARON ANTHONY ARIAS jointly move to continue the motion hearing/trial setting set for May 28, 2021 at 1:30 p.m.  The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

　　For reasons stated in paragraph 3 of the joint motion, incorporated by reference herein, the court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial.

**IT IS ORDERED** that the joint motion is granted. The motion hearing/trial setting shall be continued to July 23, 2021 at 1:30 p.m. Defendants shall file acknowledgments of the new hearing date by June 11, 2021.

**IT IS FURTHER ORDERED** that the period of delay from the filing of the joint motion until July 23, 2021, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

Dated: May 25, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge