UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case: 3:21-CR-01217-JLS |
| Plaintiff, | |
| | **ORDER** |
| vs. | |
| MARIA ARACELI ROMERO, ANDRES CHRISTOPHER GARCIA, ARON ANTHONY ARIAS, | |
| Defendants. | |

The United States of America and defendants MARIA ARACELI ROMERO, ANDRES CHRISTOPHER GARCIA, and ARON ANTHONY ARIAS jointly move to continue the motion hearing/trial setting set for July 23, 2021 at 1:30 p.m.  The parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

For reasons stated in paragraph 3 of the joint motion, incorporated by reference herein, the court finds the ends of justice served by granting the

requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS ORDERED** that the joint motion is granted. The motion hearing/trial setting shall be continued to September 10, 2021 at 1:30 p.m. Defendants shall file acknowledgments of the new hearing date by August 20, 2021.

**IT IS FURTHER ORDERED** that the period of delay from the filing of the joint motion until September 10, 2021, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

Dated:  July 20, 2021

Hon. Janis L. Sammartino
United States District Judge